UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSUE PAGUADA,

                        Plaintiff,                        20-CV-7405-LTS-SN

       -against-                                        **ORDER**

CANDLE WARMERS ETC.,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On September 10, 2020, Plaintiff filed the instant action. Defendant was served the complaint on October 8, 2020. Defendant's answer was due on October 29, 2020. As Defendant has failed to make an appearance or file an answer in this case, Plaintiff is directed to advise the Court as to whether Plaintiff intends to move for Default Judgment, pursuant to Federal Rule of Civil Procedure 55, no later than January 12, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 5, 2021
                New York, New York